3. Pages Attached in total for sections.
-1-A
-2-B
-5-D

Christopher V. Ayers III  T605592
Name and Prisoner/Booking Number

M.C.S.O 4th Ave Jail
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, Arizona  85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☒ FILED   ☐ LODGED
☐ RECEIVED   ☐ COPY

JAN 1 0 2022  Y

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Christopher Verland Ayers III,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Alexander Cost,
(Full Name of Defendant)

(2) And others

(3) _____

(4) _____

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV22-00048-PHX-SRB--CDB
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

JURY TRIAL DEMANDED

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Maricopa County Sheriff office 4th Ave Jail / Phoenix

Revised 6/05/17

1 - 1.pg Att. for this section

550/555

## B. DEFENDANTS

1. Name of first Defendant: **AleXANDeR COST**. The first Defendant is employed as: **SArgeNt, DeteNtIoN OFFIceR** (Position and Title) at **4th Ave Jail Maricopa CoUNty** (Institution).

2. Name of second Defendant: **Jessie SpURgiN**. The second Defendant is employed as: **CAptain** (Position and Title) at **Maricopa county Jails** (Institution).

3. Name of third Defendant: **JohNS**. The third Defendant is employed as: **Lt.** (Position and Title) at **MaRicopa couNty Jails** (Institution).

4. Name of fourth Defendant: **JohanNing**. The fourth Defendant is employed as: **SoRgent** (Position and Title) at **MaRicopa couNty Jails** (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☐ Yes  ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2 - 1 pg. Ath For This seCtioN

## D.  CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: I was forced to give my finger prints without warrant, by threat, under Duress, and after exercising my right after being told it was voluntary and my privacy

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☐ Basic necessities  ☐ Mail  ☐ Access to the court  ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☐ Retaliation
   ☒ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   This officer used his authority to threaten me with cruel and usual punishment if I did not willingly give him my finger prints after he told me it was voluntary. Then when I refused the threats came and the officer forceably took my prints without my consent under duress while I was verbally telling him I do not consent and I would like to exercise my constitutional rights to my person. All the other officers stood by while my grievance went thru the chain of command and did nothing but agree with the officer who violated my rights.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I don't know the exact words but mentally the officers have shown me that they can do what they want and get away with it and this incident has caused me to think I hate anything about officers, I hate officers, especially this one he treats inmates very bad.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: the officer used disciplinary housing as a way of threating me

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☒ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   the officer told me it was voluntary to give my finger prints when i told him i did not want to volunteer that / when he threated to send me to the hole/disciplinary housing.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   this is a mental game officers here at MCSO play its mentally messing with my head causing me to have unruley thoughts to cause harm to my oppressers.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## COUNT III

1. State the constitutional or other federal civil right that was violated: _My person is my property / my happyness_

2. **Count III.** Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☒ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _The officer (A. Cost) the officer violated my person & property By using his status in this jail to take my fingerprints. thats why we have a system and him being an officer he should know how to follow it and he did not_

   _While the rest of the officers just stood by._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _my privacy was violated / my right to exercise my rights / i am innocent and should be treated as such._

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

_5 -1 pg. Att. for This section_

## E. REQUEST FOR RELIEF

State the relief you are seeking:
1. that all officers involved be fired for turning a blind eye / neglect
2. jail reform unsentenced inmates should be treated (as such) (innocent)
3. $5,000,000 (five million dollars) after all legal & lawyer fees
4. to be transfered to another facility outside of M.C.S.O. because of retaliation.
5. i would like to be placed on the red flag list

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12-22-21
            DATE

_Chris Ayers_  UCC 1-308
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# COUNT IV

1. the other several officers i mentioned on pg. 1-A Numbered 1-10 all neglected there duties as "officers" and had each others back as they all agreed with each other. these officers are not protecting and serving any one But them selfs.

2. Neglecting there duties

3. when i wrote my grievance not one of these officer took the time to investigate and see that ive Been in this jail over a year and had obeyed all court orders as far as requirements But they all allowed this and i should have Been able to exercise my rights

4. im already dealing with alot and mentally this is just over whelming

5. A. yes  B. yes  C. yes  D. ———

5-D

5. Name of Fifth Defendant: KiRK The Fifth Defendant is employed As: Sgt At Maricopa County Jails

6. Name of Sixth Defendant: Hextell. The Sixth Defendant is employed As: Sgt At Maricopa County Jails

7. Name of Seventh Defendant: Smith The Seventh Defendant is employed As Lt. At Maricopa County Jails

8. Name of Eighth Defendant: Dawson The Eighth Defendant is employed As Dep. Ch. At Maricopa County Jails

9. Name of Ninth Defendant: Bureau Chief The Ninth Defendant is employed As Bureau Chief At Maricopa County Jails

10. Name of Tenth Defendant: Paul Penzone The Tenth Defendant is employed As Paul Penzone At Maricopa County Jails

2-B

1. Sgt. Johanning # A9075
2. Sgt. Cost # B0386
3. Lt. Johns # B0133
4. Sgt. Kirk # B0326
5. Captain. Spurgin # A8327
6. Sgt. Hextell # A7966
7. Lt. Smith # A7808
8. Dep. Ch. Dawson
9. Bureau Chief (At The Time of 2-25-21)
10. Sheriff Paul Penzone
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.

1-A

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

## CERTIFICATION

I hereby certify that on this date _____ **January 5, 2022** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____

_____   **B4627**
Legal Support Specialist Signature   S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009